[No. 7117. Decided July 11, 1908.]

PORTLAND AND SEATTLE RAILWAY COMPANY, *Plaintiff*, v. COLUMBIA
VALLEY RAILROAD COMPANY *et al., Defendants.*[1]

Appeal from a judgment of the superior court for Skamania
county, McCredie, J., entered May 31, 1907. Affirmed.

*James B. Kerr* and *A. L. Miller*, for plaintiff.
*W. W. Cotton* and *Ralph E. Moody*, for defendants.

PER CURIAM.—Counsel having stipulated that this case presents
the same questions as were involved in the case of the *Columbia Val-
ley R. Co. v. Portland & Seattle R. Co.*, 48 Wash. 472, 93 Pac.
1067, and that this case should be considered on the briefs filed and
arguments presented in that case, the judgment is affirmed for the
reasons there stated.